JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>         Plaintiff,<br><br>    v.<br><br>PHON LY,<br><br>         Defendants. | Case No. CV 16-0952-DMG (PLAx)<br><br>**RENEWED JUDGMENT** |

On October 3, 2024, this Court having granted Plaintiff's Application for Renewal of Judgment,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is renewed in favor of Plaintiff Shirley Lindsay and against Defendant Phon Ly in the amount of $4,000 in statutory damages, $2,975 in attorney's fees, and $420 in costs, for a total of $7,395.00.

DATED: October 3, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

-1-